USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DINKEVICH and ANN CARTER, derivatively on behalf of AMC ENTERTAINMENT HOLDINGS, INC.,

    Plaintiffs,

v.

ADAM M. ARON, CRAIG R. RAMSEY, CHRIS A. COX, LINCOLN ZHANG, JACK Q. GAO, LLOYD L. HILL, HOWARD W. KOCH, JR., GARY F. LOCKE, KATHLEEN M. PAWLUS, ANTHONY J. SAICH, and MAOJUN ZENG,

    Defendants,

    and

AMC ENTERTAINMENT HOLDINGS, INC.,

    Nominal Defendant.

Case No. 1:20-cv-02870-AJN

### ORDER LIFTING STAY OF DERIVATIVE ACTION

Pursuant to the terms of this Court's Order dated June 25, 2020 (*see* Dkt. No. 9) staying the above-captioned shareholder derivative action (the "Derivative Action"), after plaintiffs provided defendants with 30 days' notice in writing of their intent to lift the stay, plaintiffs filed a notice with the Court indicating that the stay should be lifted and that the Derivative Action should proceed. Accordingly, the stay of the Derivative Action is hereby lifted as of the date of this Order, and defendants shall timely file a response to plaintiffs' complaint.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
Hon. Alison J. Nathan
United States District Judge