USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DINKEVICH ET AL.**, *derivatively on behalf of AMC Entertainment Holdings, Inc.*,

      **Plaintiff,**

  -against-

**ARON ET AL.**,

      **Defendants.**

**20-cv-02870 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

  The parties are hereby **ORDERED** to file a joint status report on or by **June 1, 2023** advising the Court on the current status of the above-captioned matter. The parties should discuss how the Court's March 21, 2023 Opinion and Order in *Lyon III v. Aron et al.*, No. 21-cv-07940 affects this matter. *See Lyon III v. Aron et al.*, No. 21-cv-07940-ALC (S.D.N.Y. March 21, 2023), ECF No. 74.[1]

**SO ORDERED.**

**Dated:**  May 25, 2023
     New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**

---

[1] *See Lyon on behalf of AMC Ent. Holdings, Inc. v. Aron*, No. 21-cv-07940-ALC, 2023 WL 2586818, at *1 (S.D.N.Y. Mar. 21, 2023).