USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DINKEVICH ET AL.**, *derivatively on behalf of AMC Entertainment Holdings, Inc.*,

                    **Plaintiff,**

          **-against-**

**ARON ET AL.,**

                    **Defendants.**

**20-cv-02870 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made within

**thirty days.**

**SO ORDERED.**

**Dated:    June 8, 2023**
          **New York, New York**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**